1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN THE EXTRADITION OF:

OMAR ABDI ANAN,

Case No. MJ24-482

**DETENTION ORDER**

    This matter coming before the Court pursuant to a request from the Kingdom of Norway for Mr. Anan's extradition. The Court, having conducted a detention hearing on the request from Mr. Anan's counsel for his release and the United States request that he be detained. This Order is based upon the below findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions or special circumstances exist to allow for release of Mr. Anan.

DETENTION ORDER  - 1

1        The Court having reviewed the Complaint filed on August 15, 2024, charging Count 1:

2  Fugitive from Foreign Country to United States, the government's Memorandum of Extradition

3  Law and Request for Detention Pending Extradition Proceedings, the Pretrial Services Report

4  and having heard argument finds as follows:

5    1. Mr. Anan has not overcome his burden to show he is not a risk of nonappearance based

6       on the nature of the instant offense and having strong family ties to Norway and Somalia.

7    2. Mr. Anan is viewed as a risk of danger based on the nature of the instant offense and the

8       underlying conduct.

9    3. Mr. Anan has not met his burden to show 'special circumstances' exist warranting his

10      release.

11      It is therefore **ORDERED**:

12      (1)    Mr. Anan shall be detained pending his extradition hearing and committed to the

13  custody of the Attorney General for confinement in a correctional facility separate, to the extent

14  practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

15      (2)    Mr. Anan shall be afforded reasonable opportunity for private consultation with

16  counsel;

17      (3)    On order of a court of the United States or on request of an attorney for the

18  Government, the person in charge of the correctional facility in which Mr. Anan is confined shall

19  deliver the defendant to a United States Marshal for the purpose of any appearance in connection

20  with a court proceeding;

21      (4)    The Clerk shall direct copies of this order to counsel for the United States, to

22  counsel for Mr. Anan, to the United States Marshal, and to the United States Pretrial Services

23  Officer.

DETENTION ORDER  - 2

DATED this 30th day of August, 2024.

PAULA L. MCCANDLIS
United States Magistrate Judge

DETENTION ORDER  - 3